**CIVIL NON-JURY TRIAL OR MOTION HEARING**
**MINUTE SHEET**                                    DATE: _12/20/10_

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>_Mark J. McBurney_<br>v.<br>_Hon. Robert McDonnell, et al._ | CASE NO: _3:09 CV44_<br>JUDGE: _Spencer_<br>COURT REPORTER: _Kuee_ |

MATTER COMES ON FOR: BENCH TRIAL ( )  MOTION HEARING (✓) OTHER: _____

APPEARANCES: Parties by ( )/with ( ) counsel    Pro Se ( )

MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**
WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( )  DEFENDANT(S) ( )  COURT ( )

OPENING STATEMENTS MADE ( )       OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )    SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )      ARGUMENTS OF COUNSEL HEARD ( )

FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( )

MATTER TAKEN UNDER ADVISEMENT BY THE COURT ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )  MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: _____
_____ _Cross Motions for Summary Judgment._
_____ _Matter taken under advisement_
_____
_____
_____
_____

| Counsel for Plaintiff(s) | _Leah Nichols_<br>_Brian Wolfman_ |
|---|---|
| Counsel for Defendant(s) | _Stephen Mc Cullough_ |

SET: _9:00_    BEGAN: _9:19_    ENDED: _9:45_    TIME IN COURT: _.27_
RECESSES: